1  GORDON P. ERSPAMER (CA SBN 83364)
   JAMES M. SCHURZ (CA SBN 145874)
2  REBECCA SNAVELY SAELAO (CA SBN 222731)
   DEREK F. FORAN (CA SBN 224569)
3  MORRISON & FOERSTER LLP
   101 Ygnacio Valley Road, Suite 450
4  P.O. Box 8130
   Walnut Creek, California  94596-8130
5  Telephone: (925) 295-3300

6  Attorneys for Plaintiffs
   CALPINE CORPORATION and CALPINE CONSTRUCTION
7  FINANCE COMPANY, L.P.

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  CALPINE CORPORATION, a Delaware Corporation, and CALPINE CONSTRUCTION FINANCE COMPANY, L.P., a Delaware Limited Liability Partnership,<br><br>          Plaintiffs,<br><br>     v.<br><br>WESTERN AREA POWER ADMINISTRATION, an Agency of the United States Department of Energy; MICHAEL S. HACSKAYLO, in his capacity as Administrator of the Western Area Power Administration; SAMUEL WRIGHT BODMAN, in his capacity as Secretary of Energy of the United States, acting by and through the Western Area Power Administration; THE UNITED STATES DEPARTMENT OF ENERGY, acting by and through the Western Area Power Administration; the UNITED STATES of AMERICA, acting by and through the Western Area Power Administration,<br><br>          Defendants. | Case No.   C05-02241-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATES FOR HEARING ON DEFENDANTS' MOTION TO DISMISS AND SPECIAL CASE MANAGEMENT CONFERENCE ON DISCOVERY** |

CASE NO. C05-02241-SI
STIPULATION AND [PROPOSED] ORDER CONTINUING DATES ON MOTION TO DISMISS HEARING AND CMC ON DISCOVERY
wc-109352

1   Due to scheduling conflicts of plaintiff's counsel, plaintiffs have requested, and defendants
2   have agreed, to stipulate to modify the date of the motion to dismiss hearing and the special case
3   management conference on discovery.
4   IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of
5   the Court, that the hearing date for the motion to dismiss, currently scheduled for October 14, 2005,
6   2005,[1] will now be continued to October 18, 2005 at 9:00 a.m.  Plaintiffs will have until September
7   13, 2005 to file its opposition to the defendants' motion to dismiss filed on August 2, 2005, and
8   defendants will file their reply on or before October 4, 2005.  It is FURTHER STIPULATED that the
9   case management conference regarding discovery, currently scheduled for Friday, August 19, 2005 at
10  2:00 p.m., is continued to Wednesday, August 24, 2005 at 2:00 p.m.

Dated: August 17, 2005              GORDON P. ERSPAMER
                                    JAMES M. SCHURZ
                                    REBECCA SNAVELY SAELAO
                                    DEREK F. FORAN
                                    MORRISON & FOERSTER LLP


                                    By: /s/_____
                                        Rebecca Snavely Saelao
                                        Attorneys for Plaintiffs
                                        Calpine Corporation, and Calpine
                                        Construction Finance Company, L.P.

Dated: August 17, 2005              KEVIN V. RYAN
                                    UNITED STATES ATTORNEY


                                    By: /s/_____
                                        Katherine B. Dowling
                                        Assistant United States Attorney
                                        Attorneys for Defendants


IT IS SO ORDERED.

Dated: _____, 2005         _____
                                    Susan Illston
                                    District Court
                                    Judge Susan Illston

[GRANTED — Judge Susan Illston, United States District Court, Northern District of California]

---

[1] The hearing on the motion to dismiss had previously been scheduled for September 30, 2005, but was re-set by Order of the Court dated August 17, 2005 to October 14, 2005.

CASE NO. C05-02241-SI                                    1
STIPULATION AND [PROPOSED] ORDER CONTINUING DATES ON MOTION TO DISMISS HEARING AND CMC ON DISCOVERY
wc-109352