| | |
|---|---|
| 1 | GORDON P. ERSPAMER (CA SBN 83364) |
|   | JAMES M. SCHURZ (CA SBN 145874) |
| 2 | REBECCA SNAVELY SAELAO (CA SBN 222731) |
|   | DEREK F. FORAN (CA SBN 224569) |
| 3 | MORRISON & FOERSTER LLP |
|   | 101 Ygnacio Valley Road, Suite 450 |
| 4 | P.O. Box 8130 |
|   | Walnut Creek, California 94596-8130 |
| 5 | Telephone: (925) 295-3300 |
| 6 | Attorneys for Plaintiffs |
|   | CALPINE CORPORATION and CALPINE CONSTRUCTION |
| 7 | FINANCE COMPANY, L.P. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALPINE CORPORATION, a Delaware Corporation, and CALPINE CONSTRUCTION FINANCE COMPANY, L.P., a Delaware Limited Liability Partnership, | Case No. C05-02241-SI |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER TEMPORARILY STAYING CASE; CONTINUING AND TAKING OFF CALENDAR BRIEFING AND HEARING ON MOTION TO DISMISS; AND CONTINUING ALL CASE DEADLINES DURING PENDENCY OF STAY |
| v. | |
| WESTERN AREA POWER ADMINISTRATION, an Agency of the United States Department of Energy; MICHAEL S. HACSKAYLO, in his capacity as Administrator of the Western Area Power Administration; SAMUEL WRIGHT BODMAN, in his capacity as Secretary of Energy of the United States, acting by and through the Western Area Power Administration; THE UNITED STATES DEPARTMENT OF ENERGY, acting by and through the Western Area Power Administration; the UNITED STATES of AMERICA, acting by and through the Western Area Power Administration, | |
| Defendants. | |

1   WHEREAS Plaintiffs Calpine Corporation and Calpine Construction Finance Company, L.P.
2   ("Calpine") and Defendants Western Area Power Administration, et al. ("Western") have agreed that
3   they mutually desire a temporary stay of the case in order to pursue potential options for resolving
4   this case, and agree, and understand that third party Sacramento Municipal Utility District ("SMUD")
5   agrees, to work toward a resolution of this case;
6   IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of
7   the Court, that this action is temporarily stayed as follows:
8       1. The hearing on Western's Motion to Dismiss, set for October 18, 2005 at 9:00 a.m.,
9   and the Case Management Conference scheduled to immediately follow that hearing, are both
10  continued and taken off calendar. These items will be put back on calendar for the first available date
11  that gives the parties sufficient time under the Federal Rules of Civil Procedure to finish briefing their
12  positions, should the stay be lifted. This stay, however, shall not prevent Calpine from filing its
13  Opposition to the Motion to Dismiss should it so desire, nor shall it prevent Western from, in the
14  event Calpine files its Opposition, filing a Reply in Support of the Motion to Dismiss. However,
15  during the pendency of the stay, neither an Opposition nor a Reply is required;
16      2. All Court deadlines, including the deadlines for the parties to complete initial
17  disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and
18  file/serve a supplemental Rule 26(f) Report, are continued, day for day, during the pendency of the
19  stay (for example, if the stay lasts a total of thirty days, the new deadline would be the current date,
20  plus thirty days);
21      3. All discovery in this action is temporarily stayed, subject to all parties and all
22  subpoenaed third parties acknowledging their obligations to preserve documents responsive to
23  discovery requests and document subpoenas, and otherwise preserving all documents required to be
24  preserved by law. This stay of discovery is without prejudice to Calpine's right to obtain agreement
25  from third parties to preserve responsive documents, continue meet and confer processes, or to
26  negotiate the entry and filing of appropriate protective orders with third parties; including seeking
27  intervention from the Court regarding any dispute(s) relating to any third party's obligation to
28

CASE NO. C05-02241-SI                                    1
STIPULATION AND [PROPOSED] ORDER TEMPORARILY STAYING CASE
wc-110211

preserve documents responsive to subpoenas. Western and Calpine acknowledge their obligations to preserve documents;

4. During the pendency of the Stay, Calpine shall be permitted, but not obligated, to file an Amended Complaint, including but not limited to an Amended Complaint to add additional parties. In the event the stay is lifted, Defendants' time to answer any Amended Complaint, as provided in Federal Rule of Civil Procedure 15(a), will run from the date that the stay is no longer effective;

5. The stay may be terminated by either party giving 7 calendar days' advance notice of termination of the stay, via notice filed with the Court (for example, if a party gives notice of termination of the stay on the first of the month, the stay would continue through the eighth day of that month, and would no longer be in effect on the ninth day of that month).

Dated: September /2, 2005

GORDON P. ERSPAMER
JAMES M. SCHURZ
REBECCA SNAVELY SAELAO
DEREK F. FORAN
MORRISON & FOERSTER LLP

By: /s/ Gordon P. Erspamer
Gordon P. Erspamer
Attorneys for Plaintiffs
Calpine Corporation, and Calpine
Construction Finance Company, L.P.

Dated: September /2, 2005

KEVIN V. RYAN
UNITED STATES ATTORNEY

By:: /s/
Katherine B. Dowling
Assistant United States Attorney
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September __, 2005

The Honorable Susan Illston
Judge of the United States District Court
Northern District of California

GRANTED
/s/ Susan Illston
Judge Susan Illston

CASE NO. C05-02241-SI
STIPULATION AND [PROPOSED] ORDER TEMPORARILY STAYING CASE
wc-110211

2