| | |
|---|---|
| 1 | GORDON P. ERSPAMER (CA SBN 83364) |
|   | JAMES M. SCHURZ (CA SBN 145874) |
| 2 | REBECCA SNAVELY SAELAO (CA SBN 222731) |
|   | DEREK F. FORAN (CA SBN 224569) |
| 3 | MORRISON & FOERSTER LLP |
|   | 101 Ygnacio Valley Road, Suite 450 |
| 4 | P.O. Box 8130 |
|   | Walnut Creek, California  94596-8130 |
| 5 | Telephone: (925) 295-3300 |
| 6 | Attorneys for Plaintiffs |
|   | CALPINE CORPORATION and CALPINE CONSTRUCTION |
| 7 | FINANCE COMPANY, L.P. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALPINE CORPORATION, a Delaware Corporation, and CALPINE CONSTRUCTION FINANCE COMPANY, L.P., a Delaware Limited Liability Partnership, | Case No.   C05-02241-SI |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| WESTERN AREA POWER ADMINISTRATION, an Agency of the United States Department of Energy; MICHAEL S. HACSKAYLO, in his capacity as Administrator of the Western Area Power Administration; SAMUEL WRIGHT BODMAN, in his capacity as Secretary of Energy of the United States, acting by and through the Western Area Power Administration; THE UNITED STATES DEPARTMENT OF ENERGY, acting by and through the Western Area Power Administration; the UNITED STATES of AMERICA, acting by and through the Western Area Power Administration, | |
| Defendants. | |

Case No. C05-02241-SI
STIPULATION OF DISMISSAL
wc-112780

1    **IT IS HEREBY STIPULATED** by and between the parties to this action, by and through
2    their respective counsel, that the entirety of the above-entitled action including all claims embodied in
3    Calpine Corporation, and Calpine Construction Finance Company, L.P.'s complaint filed June 2,
4    2005, be and hereby are dismissed with prejudice under Federal Rules of Civil Procedure 41(a)(1).
5    The parties each shall bear their own attorneys' fees and costs of the above-entitled action.

Dated: December 15, 2005

GORDON P. ERSPAMER
JAMES M. SCHURZ
REBECCA SNAVELY SAELAO
DEREK F. FORAN
MORRISON & FOERSTER LLP

By: /s/ Gordon P. Erspamer
Gordon P. Erspamer
Attorneys for Plaintiffs
Calpine Corporation, and Calpine Construction
Finance Company, L.P.

Dated: December 15, 2005

KEVIN V. RYAN
UNITED STATES ATTORNEY

By::_____
Katherine B. Dowling
Assistant United States Attorney
Attorneys for Defendants

IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston

CASE NO. C05-02241-SI                    1
STIPULATION OF DISMISSAL
wc-112780